IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

STATE OF MARYLAND, et al.,

Plaintiffs-Appellees,

v.

KASH PATEL, Director, Federal Bureau of Investigation, et al.,

Defendants-Appellants.

No. 26-2158

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27 and Fourth Circuit Rule 31(c), the government respectfully moves for a 30-day extension of time, to and including November 4, 2026, in which to file its opening brief and the joint appendix. This motion is unopposed.

1. This case involves decisions by the Federal Bureau of Investigation (FBI) and the General Services Administration (GSA) to relocate FBI headquarters to the Ronald Reagan Building in Washington, DC. The district court vacated and declared unlawful the FBI's and GSA's selection of the Reagan Building, as well as the FBI's reprogramming of funds for renovation and relocation. The court also entered a permanent injunction.

2. The government's opening brief and the joint appendix are currently due October 5, 2026. The government has not previously sought an extension.

3. The government respectfully requests a 30-day extension of time, to and including November 4, 2026, in which to file its opening brief and the joint appendix. The requested extension is necessary in light of government counsel's other appellate deadlines and travel plans. Brian J. Springer has principal responsibility for preparing the government's brief. In addition to several time-sensitive internal matters, Mr. Springer has principal responsibility for the following matter with a recent deadline: *Ortiz v. Bisignano*, No. 24-5407 (9th Cir.) (rehearing en banc petition filed September 16, 2026). Mr. Springer is also traveling on scheduled annual leave from October 2, 2026, through October 5, 2026.

Sharon Swingle has supervisory responsibility for the government's brief in this case. Ms. Swingle also has supervisory responsibility for the following matters with upcoming deadlines: *Holland v. Bondi*, No. 25-5373 (D.C. Cir.) (oral argument scheduled September 28, 2026); *Agyeman v. Bondi*, No. 25-5360 (D.C. Cir.) (oral argument scheduled September 28, 2026); *U.S. Institute of Peace v. Jackson*, No. 25-5185 (D.C. Cir.) (reply brief due October 2, 2026); *Rahmani v. Secretary of Treasury*, No. 24-

5279 (D.C. Cir.) (oral argument scheduled October 6, 2026); *District of Columbia v. Trump*, No. 25-5418 (D.C. Cir.) (oral argument scheduled October 14, 2026); *Avery v. Transportation Security Administration*, No. 25-1151 (D.C. Cir.) (response brief due October 30, 2026); *Bordbar v. Transportation Security Administration*, No. 25-1258 (D.C. Cir.) (oral argument scheduled November 3, 2026).

4. Counsel for plaintiffs has informed us that plaintiffs do not oppose this extension request.

Respectfully submitted,

SHARON SWINGLE

*/s/ Brian J. Springer*

BRIAN J. SPRINGER
(202) 616-5446
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

SEPTEMBER 2026

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 394 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Georgia 14-point font, a proportionally spaced typeface.

*/s/ Brian J. Springer*
Brian J. Springer

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I filed and served the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Brian J. Springer*
Brian J. Springer