FILED: September 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2158
(8:25-cv-03644-TDC)

---

STATE OF MARYLAND; PRINCE GEORGE'S COUNTY

Plaintiffs - Appellees

v.

KASH PATEL, Director, Federal Bureau of Investigation; TODD BLANCHE, Attorney General; JOLENE ANN LAURIA, Assistant Attorney General for Administration; EDWARD C. FORST, Administrator, U.S. General Services Administration; FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES GENERAL SERVICES ADMINISTRATION

Defendants - Appellants

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

Opening brief and Joint appendix due: 11/04/2026

Response brief due: 12/04/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk