IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| STATE OF MARYLAND, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>KASH PATEL, Director, Federal Bureau of Investigation, et al.,<br><br>Defendants-Appellants. | No. 26-2158 |

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27 and Fourth Circuit Rule 31(c), the government respectfully moves for a 14-day extension of time, to and including November 18, 2026, in which to file its opening brief and the joint appendix. This motion is unopposed.

1. This case involves decisions by the Federal Bureau of Investigation (FBI) and the General Services Administration (GSA) to relocate FBI headquarters to the Ronald Reagan Building in Washington, DC. The district court vacated and declared unlawful the FBI's and GSA's selection of the Reagan Building, as well as the FBI's reprogramming of funds for renovation and relocation. The court also entered a permanent injunction.

2. The government's opening brief and the joint appendix are currently due November 4, 2026, after one extension.

3. The government respectfully requests a 14-day extension of time, to and including November 18, 2026, in which to file its opening brief and the joint appendix. The requested extension is necessary in light of government counsel's other appellate deadlines. Brian J. Springer has principal responsibility for preparing the government's brief. Mr. Springer has principal responsibility for the following matters with recent and upcoming deadlines: *United States v. Suirui Group Co., Ltd.*, No. 26-5179 (D.C. Cir.) (response brief filed October 22, 2026); *Anthropic PBC v. U.S. Department of War*, Nos. 26-1049, 26-1162 (D.C. Cir.) (response to rehearing petition due November 13, 2026, as extended); *Royal Potcake Rescue v. Centers for Disease Control and Prevention*, No. 25-14172 (11th Cir.) (oral argument scheduled November 17, 2026); *Longworth v. Trump*, No. 26-2688 (9th Cir.) (oral argument scheduled November 19, 2026).

Sharon Swingle has supervisory responsibility for the government's brief in this case. Ms. Swingle also has supervisory responsibility for the following matters with recent and upcoming deadlines: *United States v. Suirui Group Co., Ltd.*, No. 26-5179 (D.C. Cir.) (response brief filed October 22, 2026); *Husch Blackwell LLP v. Department of Commerce*, No. 26-5173

(D.C. Cir.) (response brief due November 9, 2026, as extended); *Cali v. Trump*, No. 26-5172 (D.C. Cir.) (reply brief due November 12, 2026); *Byrne v. National Security Agency*, No. 26-5016 (9th Cir.) (response brief due November 13, 2026); *Anthropic PBC v. U.S. Department of War*, Nos. 26-1049, 26-1162 (D.C. Cir.) (response to rehearing petition due November 13, 2026, as extended).

4. Counsel for plaintiffs has informed us that plaintiffs do not oppose this extension request.

Respectfully submitted,

SHARON SWINGLE

*/s/ Brian J. Springer*

BRIAN J. SPRINGER
(202) 616-5446
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

OCTOBER 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 406 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Georgia 14-point font, a proportionally spaced typeface.

*/s/ Brian J. Springer*
Brian J. Springer

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, I filed and served the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Brian J. Springer*
Brian J. Springer