FILED: October 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2158
(8:25-cv-03644-TDC)

---

STATE OF MARYLAND; PRINCE GEORGE'S COUNTY

Plaintiffs - Appellees

v.

KASH PATEL, Director, Federal Bureau of Investigation; TODD BLANCHE, Attorney General; JOLENE ANN LAURIA, Assistant Attorney General for Administration; EDWARD C. FORST, Administrator, U.S. General Services Administration; FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES GENERAL SERVICES ADMINISTRATION

Defendants - Appellants

---

O R D E R

---

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

Joint appendix due: 11/18/2026

Opening brief due: 11/18/2026

Response brief due: 12/18/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk